| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tallman, Howard R. | 2. Court or Organization Bankruptcy Court -- Colorado | 3. Date of Report 07/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge -- Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 721 19th Street Denver, CO 80202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 07/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 24-25, 2013 | Denver, Colorado | Speaker at national CLE | Seminar registration and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

FINANCIAL DISCLOSURE REPORT

Page 3 of 8

Name of Person Reporting

Tallman, Howard R.

Date of Report

07/14/2014

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KeyBank -- Accounts | A | Interest | K | T | | | | | |
| 2. ENT CU (X) | A | Interest | J | T | Open | 07/30/13 | J | | |
| 3. IRA No. 1(a) -- SEI Group (X) | D | Dividend | N | T | Sold (part) | 12/04/13 | M | | See Part VIII, Note 2 |
| 4. ---Large Cap Value | | | | | | | | | |
| 5. ---Large Cap Growth | | | | | | | | | |
| 6. ---Small Cap Value | | | | | | | | | |
| 7. ---Small Cap Growth | | | | | | | | | |
| 8. ---Core Fixed Income | | | | | | | | | |
| 9. ---International Fixed Income | | | | | | | | | |
| 10. ---Emerging Markets Debt | | | | | | | | | |
| 11. ---High Yield Bonds | | | | | | | | | |
| 12. ---International Equity | | | | | | | | | |
| 13. ---Emerging Markets Equity | | | | | | | | | |
| 14. ---Domestic Fixed Income (X) | | | | | | | | | |
| 15. ---Prime Obligation | | | | | | | | | |
| 16. IRA No. 1(b) -- SEI Group (X) | | None | J | T | Open | 12/05/13 | M | | See Part VIII, Note 2 |
| 17. ---Prime Obligation | | | | | Buy | 12/05/13 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA No. 1(c) -- SEI Group (X) | | None | M | T | Open | 12/05/13 | M | | See Part VIII, Note 2 |
| 19. ---Fixed Income: Corporate Laddered Bonds | | | | | Buy | 12/13/13 | | | |
| 20. ---Prime Obligation | | | | | | | | | |
| 21. IRA No. 2 -- Oppenheimer Fund | | None | | | Redeemed | 03/17/13 | K | A | |
| 22. Mutual Fund 1 - SEI Group | | | | | | | | | |
| 23. ---Tax Managed Large Cap | A | Dividend | K | T | Sold (part) | 03/03/13 | J | B | |
| 24. ---Small Cap Value | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 25. ---Small Cap Growth | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 26. ---Intermediate-Term Municipal | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 27. ---International Fixed Income | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 28. ---Emerging Markets Debt | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 29. ---High Yield Bonds | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 30. ---International Equity | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 31. ---Emerging Markets Equity | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 32. ---Tax-Free Fund | A | Interest | J | T | Sold (part) | 03/13/13 | J | A | |
| 33. Mutual Fund 2 - SEI Group | | | | | | | | | |
| 34. ---Tax Free Fund | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   ---Tax Managed Vol. Fund | A | Dividend | J | T | | | | | |
| 36.   ---Tax Managed Large Cap | A | Dividend | J | T | | | | | |
| 37.   ---Short Duration Muni | A | Dividend | J | T | | | | | |
| 38.   ---Tax Advantage Income | A | Dividend | J | T | | | | | |
| 39.   ---Intermediate Term Muni | A | Dividend | J | T | | | | | |
| 40.   Jackson National Life | B | Interest | K | T | | | | | |
| 41.   Genworth Life Ins. Co. | A | Interest | J | T | | | | | |
| 42.   Icon Income Fund Eleven | A | Distribution | J | T | | | | | |
| 43.   Pacific Life Variable Annuity | | None | L | T | | | | | See Part VIII, No. 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part VII, Line 38. The income and value are reported in an aggregate amount for the investment as reflected in the annuity's price per unit/share. The only input that I or my financial adviser had in this annuity investment was to provide an initial risk profile. Neither of us has any control over the choice of investment sub-accounts or the allocation of funds among those various sub-accounts. Funds are re-invested or re-balanced by the issuer using either existing, replacement or additional sub-accounts, without prior notice to or input from us.

2.  Part VII, Lines 3 and 16-19. These listings show acquistion activity starting in December, 2013, to further diversify holdings held in IRA No. 1, now designated No. 1(a). Cash equivalent funds were transferred from IRA No. 1(a) into new IRA No. 1(b) to purchase cash equivalent funds. Shortly thereafter, these funds were used to purchase investments in IRA No. 1(c), a professionally managed laddered bond account. The acquisition process by the fund manager for IRA No. 1(c) began in mid-December, 2013 and continued for several months into 2014. IRA No. 1(c) will hold the bonds so purchased, plus some amount of cash equivalents to cover fund expenses. IRA No. 1(b) will hold the net interest income generated by the bonds to keep it separate and available for possible other investments, which would be reported as provided by the disclosure rules. The only input that I or my financial adviser had in the process of opening the new IRA accounts and the subsequent bond investments was to determine the total amount of the IRA funds to be transferred to this new investment. Note that the total amount of the investments in IRAs No. 1(a), (b) and (c) as of Dexcember 31, 2013 were included in the total value of IRA No. 1 in the original 2013 financial report. This amendment has been filed to now show in more detail how this diversification was accomplished by the bond fund manager. Going forward, since these funds are all within IRA accounts, I will continue to report the total values of each of the three IRA, but only the names and not the balances for the underlying individual fund investments within each IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Howard R. Tallman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544